**B1 (Official Form 1) (4/10)**

| UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS<br>EASTERN DIVISION (CHICAGO) | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Smith, Kurt M.** | Name of Joint Debtor (Spouse)  (Last, First, Middle):<br>**Smith, Denise J.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):   **xxx-xx-0714** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):   **xxx-xx-5097** |
| Street Address of Debtor (No. and Street, City, and State):<br>**2149 Walcott Rd.**<br>**Apt. 101**<br>**Aurora, IL**              ZIP CODE **60504** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**2149 Walcott Rd.**<br>**Apt. 101**<br>**Aurora, IL**              ZIP CODE **60504** |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business:<br>**Kane** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

### Type of Debtor
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

#### Tax-Exempt Entity
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed    (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

#### Nature of Debts
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [ ] Debts are primarily business debts.

### Filing Fee   (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

**Check one box:**
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300  *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

THIS SPACE IS FOR COURT USE ONLY

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2011 (Build 9.1.10.1, ID 2902749995)*

B1 (Official Form 1) (4/10)                                                                                                  **Page 2**

| Voluntary Petition | Name of Debtor(s): **Kurt M. Smith** |
|---|---|
| *(This page must be completed and filed in every case.)* | **Denise J. Smith** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor   (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X**  /s/ David Linde _____  7/25/2011<br>   **David Linde**                          Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No.

### Exhibit D

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2011 (Build 9.1.10.1, ID 2902749995)*

B1 (Official Form 1) (4/10)

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): **Kurt M. Smith** <br> **Denise J. Smith** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Kurt M. Smith
_____
**Kurt M. Smith**

**X** /s/ Denise J. Smith
_____
**Denise J. Smith**

_____
Telephone Number (If not represented by attorney)

**7/25/2011**
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

**X** /s/ David Linde
_____
**David Linde**            Bar No. **6209104**

**The Fox Valley Legal Group, LLC**
**1444 N. Farnsworth Ave.**
**Suite 113**
**Aurora, IL 60505**

Phone No.**(630) 898-6500**    Fax No.**(630) 405-6784**

7/25/2011
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

_____
Address

**X**_____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B6A (Official Form 6A) (12/07)

In re  **Kurt M. Smith**                                           Case No.   _____
      **Denise J. Smith**                                                              (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 112 Creekwood Trail Acworth, GA 30102 (Surrender) | Mortgage | C | $120,000.00 | $172,021.00 |
| | | **Total:** | **$120,000.00** | |

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re **Kurt M. Smith**                                                 Case No. _____
    **Denise J. Smith**                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **217281522**<br><br>**Bank of America Home Loans**<br>**Attn: Bankruptcy  SV-314B**<br>**PO Box 5170**<br>**Simi Valley, CA 93062** | | C | DATE INCURRED: **05/2010**<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**122 Creekwood Tr.**<br>REMARKS:<br><br>VALUE:  **$120,000.00** | | | | **$171,621.00** | **$51,621.00** |
| ACCT #: **5115498**<br><br>**CarMax Auto Finance**<br>**Attn.:  Bankruptcy**<br>**PO Box 440609**<br>**Kennesaw, GA 30160** | | C | DATE INCURRED: **09/2006**<br>NATURE OF LIEN:<br>**Lien on Vehicle**<br>COLLATERAL:<br>**2006 Hyundai Sonata**<br>REMARKS:<br><br>VALUE:  **$4,000.00** | | | | **$4,742.00** | **$742.00** |
| ACCT #: **00104 3707**<br><br>**Creekwood Place HOA**<br>**Today Management, Inc.**<br>**PO Box 23023**<br>**Columbus, GA 31902-3023** | | C | DATE INCURRED: **6/2011**<br>NATURE OF LIEN:<br>**HOA**<br>COLLATERAL:<br>**GA**<br>REMARKS:<br><br>VALUE:  **$120,000.00** | | | | **$400.00** | **$400.00** |
| ACCT #: **519380683920**<br><br>**Wells Fargo Auto Finance**<br>**PO Box 19657**<br>**Irvine, CA 92623** | | C | DATE INCURRED: **04/2010**<br>NATURE OF LIEN:<br>**Lien on Vehicle**<br>COLLATERAL:<br>**2008 Nissan Versa**<br>REMARKS:<br><br>VALUE:  **$8,500.00** | | | | **$14,974.00** | **$6,474.00** |
| | | | Subtotal (Total of this Page) > | | | | **$191,737.00** | **$59,237.00** |
| | | | Total (Use only on last page) > | | | | **$191,737.00** | **$59,237.00** |

_____**No**_____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10)

In re **Kurt M. Smith**                                      Case No. _____
    **Denise J. Smith**
                                                (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**No**_____continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **Kurt M. Smith**                                           Case No. _____
        **Denise J. Smith**                                                      (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **237018**<br>**Admin Recovery, LLC**<br>**5930 Main St.**<br>**Williamsville, NY 14221** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Shoppers Charge**<br>REMARKS:<br>**Rooms To Go** | | | | **Notice Only** |
| ACCT #: **4397070001256292**<br>**Barclays Bank Delaware**<br>**Attention: Customer Support Dept.**<br>**PO Box 8833**<br>**Wilmington, DE 19899** | | C | DATE INCURRED: **11/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$10,469.00** |
| ACCT #:<br>**Capital Management Services, LP**<br>**726 Exchange St.   Ste. 700**<br>**Buffalo, NY 14210** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Air Tran**<br>REMARKS:<br>**Original Creditor:  Barclay Bank** | | | | **$0.00** |
| ACCT #: **5178052650829076**<br>**Capital One, N.A.**<br>**Attn. :   Bankruptcy**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130** | | C | DATE INCURRED: **05/19/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$7,101.00** |
| ACCT #: **4266841239306606**<br>**Chase**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | | C | DATE INCURRED: **08/2010**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$6,559.00** |
| ACCT #: **6032590361966699**<br>**Citi**<br>**PO Box 183041**<br>**Columbus, OH 43218** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$213.00** |

Subtotal > **$24,342.00**

Total >
**(Use only on last page of the completed Schedule F.)**

_____**5**_____ continuation sheets attached

**(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kurt M. Smith**                                                   Case No. _____
      **Denise J. Smith**                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxxx9720**<br>**Citibank**<br>**Attn: Centralized Bankruptcy**<br>**PO Box 20507**<br>**Kansas City, MO 64195** | | C | DATE INCURRED: **07/2002**<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | **$2,136.00** |
| ACCT #: **6019170110413660**<br>**GEMB / HH Gregg**<br>**Attention:  Bankruptcy**<br>**PO Box 103106**<br>**Roswell, GA 30076** | | C | DATE INCURRED: **07/2006**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$3,146.00** |
| ACCT #: **6019193500621296**<br>**GEMB / Rooms To Go**<br>**950 Forrer Blvd.**<br>**Kettering, OH 45420** | | C | DATE INCURRED: **02/2006**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$310.00** |
| ACCT #: **x5869**<br>**Georgia Cancer Specialists**<br>**1835 Savoy Dr.   Ste. 205**<br>**Atlanta, GA 30341-1073** | | C | DATE INCURRED: **12/2009**<br>CONSIDERATION:<br>**Medical Bill(s)**<br>REMARKS: | | | | **$95.00** |
| ACCT #: **4663040000096723**<br>**HSBC / Orchard**<br>**Attn: Bankruptcy Dept.**<br>**PO Box 5263**<br>**Carol Stream, IL 60197** | | C | DATE INCURRED: **09/2005**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$2,123.00** |
| ACCT #: **100xxx1668**<br>**HSI Financial Services**<br>**1000 Circle 75 Parkway**<br>**Ste. 600**<br>**Atlanta, GA 30339** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Wellstar Kennestone Hpt.**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____**1**____ of ____**5**____ continuation sheets attached to                    **Subtotal >** | **$7,810.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                        **Total >**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kurt M. Smith**                                        Case No. _____
       **Denise J. Smith**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxx6723**<br>**Law Offices of James A. West, PC**<br>**6380 Rogerdale Rd.   Ste. 130**<br>**Houston, TX 77072-1647** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - HSBC**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **1002002595**<br>**Medical Revenue Services**<br>**PO Box 1149**<br>**Sebring, FL 33871** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Kennestone Hospitals**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxxxx9704**<br>**Nelnet Student Loans**<br>**Attention: Claims**<br>**PO Box 17460**<br>**Denver, CO 80217** | | C | DATE INCURRED:  **02/05/2003**<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | **$4,275.00** |
| ACCT #:  **xxxxxxx9707**<br>**Nelnet Student Loans**<br>**Attention: Claims**<br>**PO Box 17460**<br>**Denver, CO 80217** | | C | DATE INCURRED:  **10/02/2003**<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | **$3,500.00** |
| ACCT #:  **xxxxxxx9701**<br>**Nelnet Student Loans**<br>**Attention: Claims**<br>**PO Box 17460**<br>**Denver, CO 80217** | | C | DATE INCURRED:  **09/10/2001**<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | $3,369.00 |
| ACCT #:  **xxxxxxx9702**<br>**Nelnet Student Loans**<br>**Attention: Claims**<br>**PO Box 17460**<br>**Denver, CO 80217** | | C | DATE INCURRED:  **09/19/2001**<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | $2,625.00 |

Sheet no. ____**2**____ of ____**5**____ continuation sheets attached to               **Subtotal >**     $13,769.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kurt M. Smith**                                    Case No. _____
        **Denise J. Smith**                                                (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxxx9708**<br>**Nelnet Student Loans**<br>**Attention: Claims**<br>**PO Box 17460**<br>**Denver, CO 80217** | | C | DATE INCURRED: **11/19/2003**<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | **$1,409.00** |
| ACCT #: **xxxxxxx9703**<br>**Nelnet Student Loans**<br>**Attention: Claims**<br>**PO Box 17460**<br>**Denver, CO 80217** | | C | DATE INCURRED: **08/16/2002**<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | **$1,158.00** |
| ACCT #: **xxxxxxx9705**<br>**Nelnet Student Loans**<br>**Attention: Claims**<br>**PO Box 17460**<br>**Denver, CO 80217** | | C | DATE INCURRED: **02/05/2003**<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | **$875.00** |
| ACCT #: **xxxxxxx9706**<br>**Nelnet Student Loans**<br>**Attention: Claims**<br>**PO Box 17460**<br>**Denver, CO 80217** | | C | DATE INCURRED: **02/24/2003**<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | **$583.00** |
| ACCT #: **xxxxxxx9709**<br>**Nelnet Student Loans**<br>**Attention: Claims**<br>**PO Box 17460**<br>**Denver, CO 80217** | | C | DATE INCURRED: **02/17/2004**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | **$518.00** |
| ACCT #: **xxxxxxxxxxxx7999**<br>**Nelnet Student Loans**<br>**Attn: Claims**<br>**PO Box 17460**<br>**Denver, CO 80217** | | C | DATE INCURRED: **12/2005**<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | **$12,807.00** |

Sheet no. ___**3**___ of ___**5**___ continuation sheets attached to          **Subtotal >**   | **$17,350.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kurt M. Smith**                                      Case No. _____
       **Denise J. Smith**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxxxx7899**<br>**Nelnet Student Loans**<br>**Attn: Claims**<br>**PO Box 17460**<br>**Denver, CO 80217** | | C | DATE INCURRED:  **12/2005**<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | **$8,653.00** |
| ACCT #:  **5178052xxxxx9076**<br>**Portfolio Recovery Assoc.**<br>**PO Box 12914**<br>**Norfolk, VA 23541** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Capital One**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **7211005866590713**<br>**Portfolio Recovery Assoc.**<br>**PO Box 12914**<br>**Norfolk, VA 23541** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - NCO Portfolio/Amoco**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxxxxxxxxxx40930**<br>**Sallie Mae**<br>**Attn: Bankruptcy**<br>**PO Box 9500**<br>**Wilkes-Barre, PA 18773** | | C | DATE INCURRED:  **09/2004**<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | **$1,730.00** |
| ACCT #:  **xxxxxxxxxxxxxxxxxxx0930**<br>**Sallie Mae**<br>**Attn: Bankruptcy**<br>**PO Box 9500**<br>**Wilkes-Barre, PA 18773** | | C | DATE INCURRED:  **09/2004**<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | **$1,102.00** |
| ACCT #:  **11-SC-702**<br>**Tanya Rivera**<br>**803 S. Sparkle Ct.**<br>**Oswego, IL 60543** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS: | | | | **$1,504.00** |

Sheet no. ____**4**____ of ____**5**____ continuation sheets attached to                        **Subtotal >**   |   **$12,989.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kurt M. Smith**                                        Case No. _____
        **Denise J. Smith**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxx0971**<br>**US Dept. of Education**<br>**Attn: Borrowers Service Dept.**<br>**PO Box 5609**<br>**Greenville, TX 75403** | | C | DATE INCURRED: **10/2006**<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | $6,279.00 |
| ACCT #: **xxxxxxxxxx410001**<br>**Wells Fargo**<br>**Attn: Bankruptcy**<br>**1 Home Campus   X2303-01A**<br>**Des Moines, IA 50328** | | C | DATE INCURRED: **09/2005**<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | $6,028.00 |
| ACCT #:<br>**Wellstar Kennestone Hospital**<br>**677 Church St.**<br>**Marietta, GA 30060** | | C | DATE INCURRED: **02/2010**<br>CONSIDERATION:<br>**Medical Bill(s)**<br>REMARKS: | | | | $1,534.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ___**5**___ of ___**5**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** | $13,841.00

**Total >** | $90,101.00

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re **Kurt M. Smith**                                     Case No. _____
    **Denise J. Smith**                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re  **Kurt M. Smith**                                      Case No. _____
**Denise J. Smith**                                                      (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |